UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

                                                                                                     CASE NUMBER: 11-37017-RAM
                                                                                                     CHAPTER 13

**Yanet Hernandez**

    **Debtor.**
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

      COMES NOW, Lindsey A. Savastano, attorney for U.S. Bank N.A.,in its capacity as Trustee for the registered holders of Home Equity Mortgage Trust Series 2006-4, Home Equity Mortgage Pass-Through Certificates, Series 2006-4 ("U.S. Bank N.A" or "Secured Creditor"), and hereby enters her notice of appearance in the above-styled action. In accordance with Section 1109(b) of the United States Bankruptcy Code, Rule 2002 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, the undersigned hereby requests that all notices given or required to be given and all papers required to be served in this case, be given and served upon the undersigned attorney.

      The undersigned respectfully requests the following be added to the Court's mailing matrix prepared in connection with this case:

Lindsey A. Savastano, Esq.
Elizabeth R. Wellborn, P.A.
350 Jim Moran Blvd. Suite 100
Deerfield Beach, Florida  33442
lsavastano@erwlaw.com

**Elizabeth R. Wellborn, P.A.**
350 Jim Moran Blvd., Suite 100, Deerfield Beach, Florida  33442 (954) 354-3544

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on this 25<u>th</u> day of <u>October</u>, 2011. I also certify that the foregoing was served on this day by either United States Mail or Electronic Mail to the parties on the attached service list.

ELIZABETH R. WELLBORN, P.A.
Attorney for Secured Creditor
350 Jim Moran Blvd. Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email: lsavastano@erwlaw.com

By: /s/ Lindsey A. Savastano
Lindsey A. Savastano, Esquire
Florida Bar Number 57079

## SERVICE LIST

Yanet Hernandez
12430 S.W. 190th Terrace
Miami, FL  33177
*Debtor*

Mary Reyes
782 N.W. 42 Ave., Suite 447
Miami, FL  33126
*Attorney for Debtor*

Nancy N. Herkert
P.O. Box 279806
Miramar, FL  33027
*Trustee*

Office of the U.S. Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL  33130
*U.S. Trustee*